

Morton & Associates LLP | 246 West Broadway | New York, NY 10013

**Morton & Associates LLP**
246 West Broadway
New York, NY 10013

**Roman A. Popov, Esq.**
rp@moas.com

Office (212) 666-5000
Direct (212) 468-5511
Fax (212) 656-1828

Hon. J. Paul Oetken, U.S.D.J.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2101
New York, NY 10007

November 27, 2018

**RE:**        Morton v. Citibank
**Index No.:** 1:18-cv-9048(JPO)

Dear Judge Oetken:

    I am counsel for Plaintiff in the above-referenced matter. This letter follows Your Honor's instructions at the Initial Conference, held on November 20, 2018, which directed the parties to inform the Court regarding a briefing schedule for their respective motions. Plaintiff intends to seek a remand of the action to state court based on a lack of subject matter jurisdiction and Defendant intends to cross-move and seek a dismissal of the action based on a lack of standing.

    The parties have conferred and agreed upon the following deadlines:

Plaintiff's Motion to Remand: **December 21, 2018**
Defendant's Opposition and Cross-Motion to Dismiss: **January 22, 2019**
Plaintiff's Reply & Opposition to Cross-Motion: **February 6, 2019**
Defendant's Reply to Cross-Motion: **February 21, 2019**

    The parties respectfully request that Your Honor approve the above-mentioned briefing schedule.

Sincerely,

*[signature]*

**Roman A. Popov, Esq.**

cc:     Bruce S. Goodman, Esq.
        *Counsel for Defendant*