UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN G. MORTON,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>Defendant. | Index No. 18-cv-9048(JPO)<br><br>**NOTICE OF MOTION<br>TO REMAND** |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law, the Declaration of Jonathan G. Morton, both dated December 21, 2018 and all prior pleadings and proceedings heretofore had herein, Plaintiff will move this Court, at a date and time directed by the Court, for an Order (i) remanding the instant matter to the Supreme Court of the State of New York, New York County, based upon a lack of subject matter jurisdiction and (ii) for such other and further relief as this Court deems just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that, as ordered by the Court, answering papers, if any, must be served on the undersigned no later than January 22, 2019.

Dated:  New York, New York
         December 21, 2018

**Morton & Associates LLP**

By: _____
Roman A. Popov, Esq. (RP7625)
*Attorney for Plaintiff*
246 West Broadway
New York, NY 10013
Tel: (212) 468-5511
Fax: (212) 504-0888
rp@moas.com
