UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN G. MORTON,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.<br><br>Defendant. | Index No. 18-cv-9048(JPO)<br><br>**DECLARATION OF<br>JONATHAN G. MORTON** |

       Jonathan G. Morton, Esq., hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I submit this Declaration in support of Plaintiff's Motion to Remand the instant action to the Supreme Court of the State of New York, New York County.

2. I am a citizen of the United States and not a citizen of any other nation.

3. I am domiciled in Tokyo, Japan, where I have been living since approximately May 7, 2015.

4. Since May 7, 2015, I have traveled to the United States a total of four times, with each visit lasting approximately a week.

5. I do not maintain a residence in the United States and have no intention to do so.

6. I have not traveled to New York since approximately May of 2016.

7. I am in the process of purchasing a house in Tokyo, Japan, where I intend to remain.

Dated: Tokyo, Japan
       December 21, 2018

By: _____
Jonathan G. Morton, Esq.