Exhibit B



## CONTACT US

**FASHION ONE TELEVISION LTD.**
Fashion One LLC.
246 West Broadway
New York NY 10013
☎ 212-796-4300
📠 212-504-0888

**REGIONAL OFFICES:**

**EUROPE:**
Fashion One (Europe) N.V.
Klosterstrasse 28-30
4700 Eupen
Belgium

**ASIA:**
Fashion One (Asia) Limited
13th Floor, Wisdom Centre
37 Hollywood Rd. Central
Hong Kong

**HONG KONG:**
Unit 17A, Winbase Centre
No. 208 Queen's Road Central
Sheung Wan

**TOKYO:**
Fashionone LLC.
6F Yaginuma Bldg.
1-5-8 Ebisu, Shibuya-ku,
Tokyo 150-0013,
Japan
☎ (+81) 03-4588-3333
🌐 www.fashionone.jp

**CONTACT FASHION ONE:**

If you want to talk to any of the Fashion One production teams covering fashion events around the globe, please contact us at the following numbers:

**EUROPE**

FOR AUSTRIA:
FASHION ONE VIENNA
☎ +43-1-267-3500

FOR BULGARIA:
FASHION ONE SOFIA
☎ +359.249.163.97

FOR CZECH REPUBLIC:
FASHION ONE PRAGUE
☎ +420.2.2888.1030

FOR DENMARK:
FASHION ONE COPENHAGEN
☎ +45.898.811.86

distribution@fashionone.com

# I. BRAND LICENSING

licensing@fashionone.com

# II. GENERAL INFORMATION

info@fashionone.com

# III. CONTACT US
# IV. FASHION ONE TELEVISION LTD.

Fashion One LLC.
246 West Broadway
New York NY 10013
212-796-4300
212-504-0888

# V. REGIONAL OFFICES:

**EUROPE:**
Fashion One (Europe) N.V.
Klosterstrasse 28-30
4700 Eupen
Belgium

**ASIA:**
Fashion One (Asia) Limited
13th Floor, Wisdom Centre
37 Hollywood Rd. Central
Hong Kong

**HONG KONG:**
Unit 17A, Winbase Centre
No. 208 Queen's Road Central
Sheung Wan

**TOKYO:**
Fashionone LLC.
6F Yaginuma Bldg.
1-5-8 Ebisu, Shibuya-ku,
Tokyo 150-0013,

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through February 22, 2019.

Selected Entity Name: FASHION ONE BROADCASTING LLC

Selected Entity Status Information

**Current Entity Name:** FASHION ONE BROADCASTING LLC
**DOS ID #:** 5155118
**Initial DOS Filing Date:** JUNE 15, 2017
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

MICHAEL GLEISSNER
246 WEST BROADWAY
NEW YORK, NEW YORK, 10013

**Registered Agent**

MICHAEL GLEISSNER
246 WEST BROADWAY
NEW YORK, NEW YORK, 10013

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

**# of Shares      Type of Stock      $ Value per Share**

No Information Available

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUN 15, 2017 | Actual | FASHION ONE BROADCASTING LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through February 22, 2019.

Selected Entity Name: FASHION ONE TELEVISION LLC
Selected Entity Status Information

**Current Entity Name:** FASHION ONE TELEVISION LLC
**DOS ID #:** 4560401
**Initial DOS Filing Date:** APRIL 10, 2014
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
MICHAEL GLEISSNER
246 WEST BROADWAY
NEW YORK, NEW YORK, 10013

**Registered Agent**
MICHAEL GLEISSNER
246 WEST BROADWAY
NEW YORK, NEW YORK, 10013

This office does not require or maintain
information regarding the names and
addresses of members or managers of
nonprofessional limited liability companies.
Professional limited liability companies
must include the name(s) and address(es) of
the original members, however this
information is not recorded and only
available by viewing the certificate.

## *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| APR 10, 2014 | Actual | FASHION ONE TELEVISION LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us