EXHIBIT D

# Detail by Entity Name

Florida Limited Partnership
LAW OFFICES OF MORTON & ASSOCIATES LLLP

## Filing Information

| | |
|---|---|
| **Document Number** | A16000000237 |
| **FEI/EIN Number** | 81-2657555 |
| **Date Filed** | 05/12/2016 |
| **State** | FL |
| **Status** | ACTIVE |

## Principal Address

246 WEST BROADWAY
NEW YORK, NY 10013

## Mailing Address

246 WEST BROADWAY
NEW YORK, NY 10013

## Registered Agent Name & Address

MORTON, JONATHAN G
1601 Harrison Street
Hollywood, FL 33020

Address Changed: 01/14/2018

## General Partner Detail

**Name & Address**

MORTON, JONATHAN G
246 WEST BROADWAY
NEW YORK, NY 10013

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2017 | 01/06/2017 |
| 2018 | 01/14/2018 |

## Document Images

| | |
|---|---|
| 01/14/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/06/2017 -- ANNUAL REPORT | View image in PDF format |
| 05/12/2016 -- Domestic LP | View image in PDF format |

**2018 FLORIDA LIMITED PARTNERSHIP ANNUAL REPORT**

DOCUMENT# A16000000237

Entity Name: LAW OFFICES OF MORTON & ASSOCIATES LLLP

**FILED**
**Jan 14, 2018**
**Secretary of State**
**CC5279233917**

**Current Principal Place of Business:**

246 WEST BROADWAY
NEW YORK, NY 10013

**Current Mailing Address:**

246 WEST BROADWAY
NEW YORK, NY 10013 US

FEI Number: 81-2657555

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MORTON, JONATHAN G
1601 HARRISON STREET
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent        Date

**General Partner Detail :**

Document #
Name              MORTON, JONATHAN G
Address           246 WEST BROADWAY
City-State-Zip:   NEW YORK NY 10013

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a general partner of the limited partnership or the receiver or trustee empowered to execute this report as required by Chapter 620, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JONATHAN G MORTON                    PARTNER                 01/14/2018

Electronic Signature of Signing General Partner Detail        Date