EXHIBIT E

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through February 26, 2019.

Selected Entity Name: LAW OFFICES OF MORTON & ASSOCIATES LLLP
Selected Entity Status Information

**Current Entity Name:** LAW OFFICES OF MORTON & ASSOCIATES LLLP
**DOS ID #:** 4972972
**Initial DOS Filing Date:** JULY 05, 2016
**County:**
**Jurisdiction:** FLORIDA
**Entity Type:** FOREIGN REGISTERED LIMITED LIABILITY PARTNERSHIP
**Current Entity Status:** ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
LAW OFFICES OF MORTON & ASSOCIATES LLLP
246 WEST BROADWAY 4TH FLOOR
NEW YORK, NEW YORK, 10013

**Principal Executive Office**
LAW OFFICES OF MORTON & ASSOCIATES LLLP
246 WEST BROADWAY
NEW YORK, NEW YORK, 10013

**Registered Agent**
NONE

*Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUL 05, 2016 | Actual | LAW OFFICES OF MORTON & ASSOCIATES LLLP |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us