EXHIBIT F

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through February 26, 2019.

Selected Entity Name: MORTON & ASSOCIATES LLP
Selected Entity Status Information

**Current Entity Name:** MORTON & ASSOCIATES LLP

**DOS ID #:** 5481302

**Initial DOS Filing Date:** JANUARY 24, 2019

**County:**

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP

**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

MORTON & ASSOCIATES LLP
246 WEST BROADWAY
NEW YORK, NEW YORK, 10013

**Principal Executive Office**

MORTON & ASSOCIATES LLP
246 WEST BROADWAY
NEW YORK, NEW YORK, 10013

**Registered Agent**

NONE

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

No Information Available

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 24, 2019 | Actual | MORTON & ASSOCIATES LLP |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us