EXHIBIT G

# Certificate of Limited Partnership

A16000000237
FILED
May 12, 2016
Sec. Of State
ncausseaux

Name of Limited Partnership:
LAW OFFICES OF MORTON & ASSOCIATES LLLP

Street Address of Limited Partnership:
246 WEST BROADWAY
NEW YORK, NY.   10013

Mailing Address of Limited Partnership:
246 WEST BROADWAY
NEW YORK, NY.   10013

The name and Florida street address of the registered agent is:
JONATHAN G MORTON
1395 BRICKELL AVE.
9TH FLOOR
MIAMI, FL.   33131

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   /JONATHAN G. MORTON/

The name and address of all general partners are:
Title:   G
JONATHAN G MORTON
246 WEST BROADWAY
NEW YORK, NY.   10013

This Limited Partnership is a Limited Liability Limited Partnership.

Signed this Twelfth day of May, 2016

I (we) declare the I (we) have read the foregoing and know the contents thereof and that the facts stated herein are true and correct.

General Partner Signature: /JONATHAN G. MORTON/

The individual(s) signing this document affirm(s) that the facts stated herein are true and the individual(s) is/are aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.